# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-2302-JSL (JCR) | Date | February 8, 2008 |
|---|---|---|---|
| Title | **ODILA S. MOJICA v. MICHAEL J. ASTRUE** | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Deb Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:    Attorneys Present for Defendant:

Not Present    Not Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DENY PLAINTIFF'S APPLICATION FOR EAJA FEES AS UNTIMELY; ITEMIZED STATEMENT AND EXPLANATION OF FEES

      On September 14, 2007, this Court issued a Judgment remanding Odila S. Mojica's ("Plaintiff's") case to the Commissioner of the Social Security Administration for further administrative action. The Court is now in receipt of the parties' "Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act" ("Application") filed on February 5, 2008.

      A party seeking an award of fees and other expenses under the Equal Access to Justice Act ("EAJA") "shall, *within thirty days of final judgment in the action*, submit to the court an application for fees and other expenses . . . ." 28 U.S.C. § 2412(d)(1)(B) (emphasis added). "Final judgment" under the EAJA "means a judgment that is final and not appealable, and includes an order of settlement." *Id.* § 2412(d)(2)(G).

      As such, in order to be timely, a party seeking attorney's fees must file an application within thirty days after a judgment is final and not appealable. *Hoa Hong Van v. Barnhart*, 483 F.3d 600, 604 (9th Cir. 2007). Where the United States or its officer or agency is a party, the prescribed appeal period is sixty days after the judgment or order is entered. Fed. R. App. P. 4(a)(1)(B). Thus, a judgment in a Social Security case is "no longer appealable" or "not appealable" when the 60-day post-judgment appeal period of Federal Rule of Appellate Procedure 4(a)(1)(B) has run. *Hoa Hong Van*, 483 F.3d at 607 (*citing Melkonyan v. Sullivan*, 501 U.S. 89, 102 (1991)); *see also Barry v. Bowen*, 825 F.2d 1324, 1327 (9th. Cir. 1987). Once the 60-day appeal period has run, the applicant must file his request for attorney's fees within thirty days. *Hoa Hong Van*, 483 F.3d at 607, 611 (*citing Shalala v. Schaefer*, 509 U.S. 292, 298 (1993) and *Melkonyan*, 501 U.S. at 102); *see* 28 U.S.C. § 2412(d)(1)(B).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-2302-JSL (JCR) | Date | February 8, 2008 |
|---|---|---|---|
| Title | **ODILA S. MOJICA v. MICHAEL J. ASTRUE** | | |

     Plaintiff filed the Application more than thirty days after the 60-day appeal period following this Court's September 14, 2007, Judgment. By the Court's calculation, Plaintiff had to file the Application by December 13, 2007. However, Plaintiff filed the Application after December 13, 2007, on February 5, 2008. Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED** to show good cause in writing, if any exists, why the Court should not deny Plaintiff's Application as untimely. Defendant Michael J. Astrue is invited to respond to this Order within fourteen (14) days of the date of this Order by filing and serving a response.

     To the extent that Plaintiff believes the Application is timely, the Court would like to see some substantiation for the $5,163.00 in EAJA fees to which the parties have stipulated, prior to the Court approving such an amount. *See* 28 U.S.C. § 2412(d)(1)(B) ("A party seeking an award of fees and other expenses shall . . . submit to the court an application for fees and other expenses which shows . . . the amount sought, *including an itemized statement from any attorney or expert witness representing or appearing in behalf of the party stating the actual time expended and the rate at which fees and other expenses were computed*.") (emphasis added). Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED** to serve and file a response hereto, which includes (1) an itemized statement reflecting the time actually expended by Plaintiff's counsel for which the EAJA award is sought, and (2) an explanation of the rate at which the fees were computed for Plaintiff's counsel.

     **IT IS SO ORDERED.**

|  | Initials of Preparer | dts |
|---|---|---|